FILED

2024 Jul-19  PM 05:53
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## JASPER DIVISION

| | |
|---|---|
| **FREDERICK EARL HIGHT, SR.** ) | |
| **as Administrator of the Estate of** ) | |
| **Fredrick Earl Hight, II** ) | |
| ) | |
| **Plaintiff,** ) | **CIVIL ACTION NO.** |
| ) | **6:21-CV-01307-LSC** |
| **vs.** ) | |
| ) | |
| **NICK SMITH, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## PLAINTIFF'S EXHIBIT LIST

COMES NOW the Plaintiff, by and through his undersigned attorneys of record, and in accordance with the Court's Scheduling Order and pursuant to Rule 26(3)(A)(iii) of the *Federal Rules of Civil Procedure,* hereby respectfully files this Exhibit List as follows:

**A. Exhibits that are expected to be offered:**

1. Any and all pleadings;

2. Any and all exhibits listed by the Defendants that are expected to be offered or may be offered at trial that are not otherwise objectionable;

3. Report of Autopsy

4.  Alabama State Bureau of Investigations Report

5. Fredrick Earl Hight's Cell phone videos;

6. Fredrick Earl Hight's Cell phone videos (slow motion);

7. Bodycam videos of Defendant John "JJ" Jackson;

8. Calls from Fredrick Earl Hight, Sr. to Walker County 911 and Walker County Sheriff's Office (Audio).

9. Calls between Walker County 911 and Walker County Sheriff's Office (Audio).

10. Calls from Walker County Sheriff's Office to Fredrick Earl Hight, Sr. (Audio)

11. Calls from between Walker County Sheriff's Office, Walker County 911, and RPS (Audio)

12. CAD Report.

13. Cell Phone Videos Bates Numbered Frame-by-Frame.

14. Diagram of Property/Residence located at 3095 Coon Creek Road

15. Photographs of Exterior Residence

16. Photographs of Interior of Residence

17. Photographs of living room.

18. Photograph of table and knife

19. Closeup Photograph of knife

20. Photograph of body

21. Closeup Photograph of body

22. Photograph of body and handcuffs

23. Photograph of kitchen

24. Diagram of Scene.

25. Any and all photographs, video footage, audio recordings, diagrams or other visual depictions of the scene in the referenced matter.

26. Case Documents re *Shelton v. Jackson*.

27. Case Documents re *Shoemaker v. City of Dora*.

28. Case Documents re *Skinner v. City of Cordova*.

**B.    Exhibits that may be offered at trial**

1.    Expert Report and CV of Louis M. Dekmar

2.    Deposition of Sheriff Nick Smith

3.    Deposition of John "JJ" Jackson.

4.    Audio Recordings of Statement of Frederick Hight, Sr.

5.    Summary of Statement of Jackson made to SBI.

6.    Any document necessary for rebuttal or impeachment to include but not be limited to the depositions of Sheriff Nick Jackson and John "JJ" Jackson.

7.    Any document necessary to refresh recollection to include but not limited to the depositions of Fredrick Earl Hight, Sr., and statements made to SBI during the course of its investigation.

8.    Any document added by amendment and/or discovered through the remaining course of this litigation and trial.

Respectfully submitted,

*/s/ G. Rick DiGiorgio*
G. Rick DiGiorgio
Leila Watson
Brett C. Thompson
Julianne Z. Boydstun
CORY WATSON, PC
2131 Magnolia Avenue, Ste. 200
Birmingham, AL 35205
205-328-2200
205-325-7896 fax
rdigiorgio@corywatson.com
lwatson@corywatson.com
bthompson@corywatson.com
jboydstun@corywatson.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 19th day of July 2024, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide notice to the following CM/ECF participant:

J. RANDALL McNEILL
Attorney for Defendants
WEBB MCNEILL WALKER PC
One Commerce Street, Suite 700 (36104)
Post Office Box 238
Montgomery, Alabama 36101
(334) 262-1850 T
(334) 262-1889 F
rmcneill@wmwfirm.com

*/s/ G. Rick DiGiorgio*
**OF COUNSEL**